No. 943. McGoldrick, Comptroller, *v.* Compagnie Generale Transatlantique. June 5, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Messrs. Harold S. Deming* and *Donald Havens* for respondent.

No. 944. McGoldrick, Comptroller, *v.* Felt & Tarrant Mfg. Co. June 5, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Mr. Newton K. Fox* for respondent.

No. 951. United States *v.* Stone, U. S. District Judge. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Weymouth Kirkland* for respondent.

No. 914. Pepper *v.* Litton. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Robert Burrow* for petitioner. *Mr. Henry Roberts* for respondent.

No. 998. Interstate Natural Gas Co. et al. *v.* Stone, Commissioner of Franchise Tax, et al. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Marcellus Green, Garner W. Green,* and *Wm. A. Dough-*